THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Ann D.
Brown,        Respondent,
 
 
 

v.

 
 
 
Tru-Chek Meter Service, Inc.,       
Appellant.
 
 
 

Appeal From Sumter County
L. Henry McKellar, Circuit Court Judge

Unpublished Opinion No. 2003-UP-241  
Submitted January 29, 2003  Filed April 1, 2003 

AFFIRMED

 
 
 
Lena T. Younts, of Manning, for Appellant
William Ceth Land, of Manning, for Respondent.
 
 
 

PER CURIAM: Tru-Chek Meter Service, Inc. (Employer) 
 appeals from an order of the circuit court finding that Ann Brown (Employee) 
 was terminated in retaliation for filing a workers compensation claim pursuant 
 to S.C. Code Ann. § 41-1-80 (Cum. Supp. 2001) and awarding her $10,391.41 in 
 damages.  Employer asserts that the trial court erred in holding that Employee 
 had met the burden of establishing that but for her workers compensation 
 claim, she would not have been terminated. We affirm 
 [1] pursuant to Rule 220, SCACR, and the following authorities: Wallace 
 v. Milliken & Company, 305 S.C. 118, 406 S.E.2d 358 (1991) (finding 
 that an action for reinstatement and lost wages sounds in equity and the appellate 
 court has jurisdiction to find facts in accordance with its own view of the 
 preponderance of the evidence; and adopting the determinative factor 
 test, which requires an employee to establish that he would not have been discharged 
 but for the filing of the claim); S.C. Code Ann. § 41-1-80 (Supp. 2002) (stating 
 that an employee who is discharged in retaliation for instituting a workers 
 compensation claim is entitled to lost wages and reinstatement).
AFFIRMED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.